SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Jared M. Hartman, Esq. (SBN 254860)
Laurel N. Holmes, Esq. (SBN 308515)
41707 Winchester Road, Suite 201
Temecula, CA 92590
(951) 293-4187 Telephone
(888) 819-8230 Facsimile

Attorneys for Plaintiffs, FERNANDO & BRYNNE MEZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MEZA, an individual, BRYNNE MEZ, an individual, Plaintiffs, vs. GENERAL MOTORS FINANCIAL COMPANY, INC., et al., Defendants. | Case No.: 5:19-cv-00449-JGB-KK  **DECLARATION OF FERNANDO MEZA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

I, FERNANDO MEZA, hereby declare as follows:

1. I am a named Plaintiff in this matter. I hereby submit this declaration in support of Plaintiffs' Opposition to Motion to Compel Arbitration.
2. I have personal knowledge of the facts stated below, other than those facts which are specifically stated upon information and belief, and I could competently testify to the same if so called upon.

1

3. When I was given the lease agreement to sign, I was handed stacks of papers to sign.
4. No-one discussed with me any particular term out of the stacks of papers.
5. I was informed that all terms contained in the stacks of papers were required terms and that all terms must be agreed to.
6. I was never given any opportunity to negotiate any of the terms contained in said lease agreement or to give any input as to any of the terms therein.
7. I was not given an opportunity to consult with an attorney.
8. I was also not given the opportunity to opt-out of the arbitration clause portion of this Agreement.
9. I have no background, training, or experience in the legal system or in Alternative Dispute Resolution procedures.
10. It was never explained to me that arbitration meant I would be deemed to have given up my Constitutional right to petition the court system for claims such as discrimination and retaliation.
11. I desire to maintain my claims in the public court system and to pursue a jury trial as is my Constitutional right.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Temecula, California, this  13th  day of June 2019

*Fernando Meza*,
Fernando Meza, Plaintiff

2

# PROOF OF SERVICE

Meza v. General Motors Financial Company, Inc., et al.

Case No.: 5:19-cv-00449-JGB-KK

I am employed in the County of Riverside, State of California. I am over the age of 18 and am not a party to the within action; my business address is 41707 Winchester Road, Suite 201, Temecula, CA 92590. On the date provided below, I served the foregoing document described below on the interested parties in this action by the manner indicated below. **DECLARATION OF FERNANDO MEZA IN SUPPORT OF PLAINTIFF'S JOINT OPPOSITION TO MOTION TO COMPEL ARBITRATION** was served on:

| | |
|---|---|
| SCOTT J. HYMAN<br>AN LE<br>SEVERSON & WERSON A Prof. Corporation<br>The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612<br>Attorneys for Defendant ACAR LEASING LTD dba GM FINANCIAL (erroneously sued as General Motors Financial Company, Inc. d/b/a GM Financial) | THOMAS P. QUINN, JR.<br>NOKES & QUINN<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>Attorney for Defendant,<br>Equifax Information Services LLC |

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Temecula, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Temecula, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service:** If the above-described documents are a pleading filed with the Court, then such documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service. Otherwise, said documents will be delivered via the method checked above.

Dated: 6-17-19          */s/ Jared M. Hartman*
                                               Jared M. Hartman, Esq.